NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 23-336 consolidated with CA 23-335

GARY HOFFPAUIR

VERSUS

MICHAEL P. THOMAS, ET AL

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 108702-A C/W 108106-J
HONORABLE KRISTIAN DENNIS EARLES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

GUY E. BRADBERRY
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Jonathan W. Perry, Sharon Darville Wilson, and Guy E. Bradberry, Judges.

AFFIRMED IN PART; REVERSED IN PART; AND RENDERED.

**Aub A. Ward**
**Gordon McKernan**
**5656 Hilton Avenue**
**Baton Rouge, LA 70808**
**(225) 490-6393**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**Gary Hoffpauir**

**C. Shannon Hardy**
**John W. Penny**
**Penny & Hardy**
**600 Jefferson Street, Suite 601**
**P.O. Box 2187**
**Lafayette, LA 70502**
**(337) 231-1955**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
**Anthony J. Francis**

**Robert M. Kallam**
**Kean Miller LLP**
**600 Jefferson Street, Suite 1101**
**Lafayette, LA 70501**
**(337) 235-2232**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Wilshire Insurance Company**
**Michael P. Thomas**

**Victor R. A. Ashy**
**Thomas M. Daigle**
**711 Johnston Street**
**Lafayette, LA 70501**
**(337) 234-4049**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
**Anthony J. Francis**

**Stephen W. Gieger**
**Brendan P. Doherty**
**Emily E. Eagan**
**Gieger, Laborde, & Laperouse**
**701 Poydras Street, Suite 4800**
**New Orleans, LA 701039**
**(504) 561-0400**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Wilshire Insurance Company**
**Michael P. Thomas d/b/a Michael Thomas Trucking**
**Michael P. Thomas**

**BRADBERRY, Judge.**

For the reasons set forth in the consolidated case hereto, *Anthony J. Francis v. Occidental Fire and Casualty Company of North Carolina, et al.*, 23-335 (La.App. 3 Cir. __/__/24), the findings of the trial court are hereby reversed in part and affirmed in part as amended. We reverse the jury's finding that Anthony J. Francis was entitled to zero general damages for the injuries he sustained. We render judgment in favor of Mr. Francis in the sum of $45,000.00 in general damages. Furthermore, we reverse the jury's finding assessing Gary Hoffpauir with 80% fault and find the defendant, Michael Thomas, bears 80% of the fault for the accident and Mr. Hoffpauir 20%. The jury's denial of future medical damages is affirmed. Costs of this appeal are hereby assessed against Mr. Thomas.

**AFFIRMED IN PART; REVERSED IN PART; AND RENDERED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.